# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| TARGET TRAINING INTERNATIONAL, LTD., <br><br> Plaintiff, <br><br> v. <br><br> EXTENDED DISC INTERNATIONAL, LTD, <br><br> Defendant. | Civil Action No. 4:11-CV-02531 <br><br> Judge Vanessa D. Gilmore |

## STATEMENT OF INTEREST

As required by Federal Rule of Civil Procedure 7.1 and Order for Conference and Disclosure of Interested Parties dated July 8, 2011, Target Training International, Ltd., Plaintiff in this case, provides the following information to the Court:

(a) *The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the plaintiff's outcome in the case:*

TTI Performance Systems, Ltd.
Success Insights International, Inc.

(b) *With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:*

TTI Performance Systems, Ltd. produced and markets products in the U.S. and Canada. Success Insights International, Inc. produces and markets products in the rest of the world.

Respectfully submitted,

_____
Edmund J. Sease
Bradley J. Powers
McKEE, VOORHEES & SEASE, P.L.C.
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721
Phone: 515-288-3667
Fax: 515-288-1338
Email: sease@ipmvs.com
Email: brad.powers@ipmvs.com
Email: mvslit@ipmvs.com

Michael E. Wilson
Fulbright & Jaworski, LLP
1301 McKinney
Suite 5100
Houston, TX 77010
Phone: 713-651-5420
Fax: 713-651-5246
Email: mikewilson@fulbright.com

*ATTORNEYS FOR PLAINTIFF TARGET TRAINING INTERNATIONAL, LTD.*