## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| TARGET TRAINING INTERNATIONAL, LTD., | ) | Civil Action No. 4:11-CV-02531 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Vanessa D. Gilmore |
| v. | ) | |
| | ) | |
| EXTENDED DISC INTERNATIONAL, LTD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S NOTICE CONSENTING TO DEFENDANT'S MOTION TO EXTEND TIME TO ANSWER OR MOVE IN RESPONSE TO COMPLAINT

COMES NOW, Plaintiff, Target Training International and provides notice to this Court that they do not oppose Defendant's Motion to Extend Time to Answer or Move in Response to Complaint.

Respectfully submitted,

/s/ Michael E. Wilson
Michael E. Wilson
Fulbright & Jaworski, LLP
1301 McKinney
Suite 5100
Houston, TX  77010
Phone:  713-651-5420
Fax:  713-651-5246
Email:  mikewilson@fulbright.com

Edmund J. Sease
Bradley J. Powers
McKEE, VOORHEES & SEASE, P.L.C.
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721
Phone:  515-288-3667
Fax:  515-288-1338
Email:  sease@ipmvs.com
Email:  brad.powers@ipmvs.com
Email:  mvslit@ipmvs.com

*ATTORNEYS FOR PLAINTIFF TARGET*
*TRAINING INTERNATIONAL, LTD.*

I hereby certify that on September 12, 2011, I filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Thomas R. Ajamie
Dona Szak
John S. "Jack" Edwards, Jr.
AJAMIE LLP
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, TX  77002

/s/ Michael E. Wilson