UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TARGET TRAINING INTERNATIONAL, LTD., <br><br> Plaintiff, <br><br> v. <br><br> EXTENDED DISC INTERNATIONAL, LTD, <br><br> Defendant. | Civil Action No. 4:11-CV-02531 <br><br> Judge Vanessa D. Gilmore |

## ORDER

This matter, the Plaintiff's Unopposed Motion to Enlarge Time, came for consideration before the Court and the Court hereby orders that the October 27, 2011 deadline for Plaintiff to Reply to Defendant's 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction is moved to December 12, 2011. It is so ORDERED.

SIGNED at __Houston__, Texas on __Oct. 26__, 2011.

_____
Vanessa D. Gilmore
United States District Judge