UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TARGET TRAINING INTERNATIONAL, LTD.,, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:11-CV-2531 |
| EXTENDED DISC INTERNATIONAL, LTD., | § § § | |
| Defendant. | § § | |

## O R D E R

The parties are **ORDERED** to file a status report to the Court on or before **February 6, 2015.**

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 23rd day of January, 2015, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**