# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| TARGET TRINING INTERNATIONAL, LTD., | ) ) ) | Civil Action No. 4:11-CV-02531 |
| Plaintiff, | ) ) ) | Judge Vanessa D. Gilmore |
| v. | ) ) | |
| EXTENDED DISC INTERNATIONAL, LTD, | ) ) ) | |
| Defendant. | ) ) ) | |

## STATUS REPORT OF PLAINTIFF TARGET TRAINING INTERNATIONAL, LTD.

COMES NOW Plaintiff Target Training International, Ltd. and pursuant to the Court's Order [Dkt. No. 48], submits the follow status report:

1. Reexamination Certificate No. 7,249,372 issued January 12, 2015, a copy of which is attached hereto as Exhibit A. The Reexamination was instituted by Defendant EDI.

2. While original claims 1-11 were cancelled, new narrower claims 12-41 were added during the reexamination and were confirmed as patentable. This involves seven independent and 23 dependent claims.

3. Plaintiff requests the Court set a status conference to discuss setting additional and modified deadlines to allow the parties to take discovery and propound any discovery relating to new or modified products and sales and any potential intervening rights issues with respect the confirmed claims. Additionally, the Court needs to have a current scheduling order entered.

Respectfully submitted,

 /s/ R. Scott Johnson
Edmund J. Sease
R. Scott Johnson
McKEE, VOORHEES & SEASE, P.L.C.
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721
Phone:  515-288-3667
Fax:  515-288-1338
Email:  sease@ipmvs.com
Email:  scott.johnson@ipmvs.com
Email:  mvslit@ipmvs.com

*ATTORNEYS FOR PLAINTIFF TARGET TRAINING INTERNATIONAL, LTD.*

I hereby certify that on February 4, 2015, I filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Thomas R. Ajamie
Dona Szak
John S. "Jack" Edwards, Jr.
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, TX  77002
Phone:  (713) 860-1600
Fax:  (713) 860-1699
Email:  tajamie@ajamie.com
Email:  dszak@ajamie.com
Email:  jedwards@ajamie.com

/s/ R. Scott Johnson